NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

COREY JOSHUA ROCKER,        )
DOC# C04890,                )
                            )
            Appellant,      )
                            )
v.                          )        Case No. 2D17-1951
                            )
STATE OF FLORIDA,           )
                            )
            Appellee.       )
_____ )

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Pinellas
County; Philip J. Federico, Judge.

J. Jervis Wise and Bjorn E. Brunvand of
Brunvand Wise, P.A., Clearwater; Michael
P. Maddux of Michael P. Maddox, P.A.,
Tampa; and Jennifer Salter of Michael P.
Maddox, P.A., Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katelyn B. Wright,
Assistant Attorney General, Tampa; and
Anne F. McDonough, Senior Assistant
Attorney General, Tampa (substituted as
counsel of record), for Appellee.


PER CURIAM.

          Affirmed.

NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.